# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:17-mj-087 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| LAMONT ROBINSON, | : | |
| Defendant. | : | |

**ORDER APPOINTING THE PUBLIC DEFENDER AS COUNSEL**

This case is before the Court upon Defendant's application for appointment of counsel pursuant to 18 U.S.C. §3006A.  Upon review of Defendant's Financial Affidavit, the Court finds that she is qualified for appointed counsel. IT IS ACCORDINGLY ORDERED that the Federal Public Defender for the Southern District of Ohio be assigned to represent the Defendant in this case.

March 15, 2017                  s/Sharon L. Ovington
                                                          Sharon L. Ovington
                                             United States Magistrate Judge